```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 03888
  MICHELLE D BAUSLEY
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-9972
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/08/06 and confirmed on 06/02/06.

   2.  The case was dismissed after confirmation, 10/03/2008.

   3.  The Debtor paid a total of $   6080.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OVERLAND BOND & INVESTME | SECURED VEHIC | 7775.00 | 1184.24 | 3080.33 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | FILED LATE | .00 | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | 865.51 | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1084.08 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 896.05 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 116.28 | .00 | .00 |
| SAGE TELECOM | UNSECURED | NOT FILED | .00 | .00 |
| SOCIAL SECURITY ADMIN | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRINSIC RESIDENTIAL | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 550.95 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 415.84 | .00 | .00 |
| VILLAGE OF GLEN ELLYN | UNSECURED | NOT FILED | .00 | .00 |
| WOODRIDGE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STATE UNIVERSIT | UNSECURED | 2551.16 | .00 | .00 |
| OVERLAND BOND & INVESTME | UNSECURED | 427.36 | .00 | .00 |

```
GLOBAL PAYMENTS            FILED LATE          .00            .00           .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7775.00          .00     6907.23          .00      14682.23
PRINCIPAL PAID       3080.33          .00          .00         .00       3080.33
INTEREST PAID        1184.24          .00          .00         .00       1184.24
TOTAL PAID           4264.57          .00          .00         .00       4264.57
```

The Debtor's attorney, RICHARD S BASS                , was allowed $   2000.00
and was paid $    211.00  direct and $   1557.42  through the plan.

The Trustee received $    258.01 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/16/09                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                                PAGE   2
         CASE NO. 06 B 03888 MICHELLE D BAUSLEY